IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
JASPER DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>the states of FLORIDA, GEORGIA, )<br>IOWA, LOUISIANA, NEW YORK, )<br>NORTH CAROLINA, TEXAS, *ex rel.* )<br>JANE DOE, )<br>)<br>    Plaintiffs, )<br>)<br>    v. )<br>)<br>NORTHSIDE PHARMACY, LLC )<br>d/b/a GLOBAL PHARMACY & )<br>MEDICAL EQUIPMENT, INC. and )<br>GLOBAL COMPOUNDING )<br>PHARMACY, )<br>)<br>    Defendants. ) | CIVIL ACTION NUMBER<br>6:16-CV-00298-LSC |

**ORDER**

The United States, Florida, Georgia, Iowa, Louisiana, New York, North Carolina, and Texas have served notice that they are not intervening in this action at this time pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4)(B). As a result, IT IS ORDERED:

    1.    The complaint be unsealed and served upon the Defendants by the Relator;

2. All other contents of the court's file in this action remain under seal and not be made public or served upon the Defendants, except for this Order and The United States of America's and Plaintiff States' Notice of Election to Decline Intervention, which the Relator will serve upon the Defendants only after service of the complaint;

3. The seal be lifted as to all other matters occurring in this action after the date of this Order;

4. The parties shall serve all pleadings and motions filed in this action, including supporting memoranda, upon the United States and the Plaintiff States, as provided for in 31 U.S.C. § 3730(c)(3) and the respective state statutes. The United States may order any deposition transcripts and is entitled to intervene in this action, for good cause, at any time;

5. All orders of this Court shall be sent to the United States and the Plaintiff States; and

6. Should the Relator or the Defendants propose that this action be dismissed, settled, or otherwise discontinued, the Court will solicit the written consent of the United States and the Plaintiff States before ruling or granting its approval.

**DONE** AND **ORDERED** ON OCTOBER 16, 2017.

_____
L. SCOTT COOGLER
UNITED STATES DISTRICT JUDGE

190485